RESORTS INTERNATIONAL HOTEL, INC. v. ATLANTIC CITY
SEWAGE COMPANY.

October 6, 1986.

Petition for certification denied.


MARIAN MAXFIELD v. BOARD OF EDUCATION OF THE
TOWNSHIP OF RIDGEWOOD.

October 6, 1986.

Petition for certification granted.


LAWRENCE E. BATHGATE, II v. WILLIAM SMITH.

October 6, 1986.

Petition for certification denied.


WILLIAM K. SHERTENLIEB v. JOAN E. FUCHS.

October 6, 1986.

Petition for certification denied.